## OHIO SUPREME COURT—Continued

J., Matthias, Day, Allen and Robinson, JJ., concur. Dock 1-24-24, 2 Abs. 198 OA. 2 Abs. 619.

18561—State, ex rel. C. C. Crabbe, Atty Genl. v. Ralph O. Wead, Auditor. In Mandamus. Demurrer to petition overruled. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-6-24, 2 Abs. 339. OS. Pend 2 Abs. 469.

18621—New London Village v. Alice Starbird; error to the Court of Appeals of Huron county. Judgment affirmed. Jones, Matthias and Day, JJ., concur. Kinkade, J., took no part in the consideration or decision of the case. Dock 6-2-25, 2 Abs. 387.

18740—Ohio Bell Telephone Co. v. Watson Co.; error to Trumbull Appeals. Judgment affirmed. Matthias, Day, Allen and Kinkade, JJ., concur. Marshall, C. J., concurs in proposition 2 of the syllabus and in the judgment. Jones and Robinson, JJ., concur in proposition 2 of the syllabus and favor modification of the judgment.

18776—Hubert J. Estabrok, Recr., v. Public Utilities Com.; error to the Public Utilities Commission. Order affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 9-12-24, 2 Abs. 578.

18780—Dwight Harrison v. State of Ohio; error to Franklin Appeals. Judgment affirmed. Marshall, C. J., Matthias, Day, Allen and Kinkade, JJ., concur. Dock 9-12-24, 2 Abs. 578.

18807—Carl J. Westhoven et al. v. Public Utilities Com.; error to the Public Utilities Com. Order affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 10-30-24, 2 Abs. 690; OS. Pend. 3 Abs 149.

18820—Edwin G. Becker, Recr. v. Public Utilities Com.; error to the Public Utilities Com. Order affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 11-13-24, 2 Abs 754.

18830—Ben D. Holsman v. Fred Thomas, City Clerk et al.; error to Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock 11-20-24, 2 Abs. 738.

18871—Clemmer & Johnson Co v. Industrial Com.; error to the Industrial Com. Demurrer to petition overruled. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 12-18-24 3 Abs 2, OS Pend. 3 Abs. 132.

18910—Cleveland, Cin., Chi. & St. L Ry Co. v. Lorain County Treas, et al.; error to the Court of Appeals of Lorain ounty. Petition in error dismissed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson JJ. concur. Dock 1-15-25, 3 Abs. 50.

18973—State, ex rel. Joseph Hanson, v. James W. Caldwell, Receiver and National Surety Co.; error to Lucas Appears. Petition in error as of right dismissed, no debatable constitutional question involved. Marshall, C. J., Jones, Matthias, Day and Allen JJ., concur. Dock 2-24-25, 2 Abs 146; OA. 3 Abs. 61.

### MOTION DOCKET

16159—State, ex rel. Calvin C. Rutledge, v. State Medical Board. As upon motion to dismiss by order of Chief Justice. Allowed.

17816—Joseph Watkins v. Samuel D. Henkel. As upon motion to dismiss by order of Chief Justice. Allowed.

18907—North Shaker Blvd. Co. et al. v. Harriman National Bank of New York City. Motion to certify to Cuyahoga Appeals. Overruled. Dock. 1-14-25, 3 Abs. 34; OS. Pend. 3 Abs. 83.

18913—Red Eagle Bus Co. v. Edward Warner. Motion to certify to Tuscarawas Appeals. Overruled. Dock 1-16-25, 3 Abs. 50.

18938—Sam Brown v. Zanesville Hotel Co. et al. Motion to certify to Muskingum Appeals. Overruled. Dock 2-3-25, 3 Abs. 82.

18939—Sam Brown v. Zanesville Hotel Co. et al. Motion to certify to Muskingum Appeals. Overruled. Dock 2-3-25, 3 Abs. 82.

-8940—P. M. Kiepinger & Sons, a partnership, et al. v. Zanesville Hotel Co. et al. Motion to certify to Muskingum Appeals. Overruled. Dock 2-3-25, 3 Abs. 82.

18971—Arthur V. Lynn, Extr. v. James E. Wallace. Motion to certify to Cuyahoga Appeals. Overruled. Dock 2-20-25, 3 Abs. 130.

18973—State ex rel. Joseph Hanson, v. James W. Caldwell. Receiver, et al. Motion to dismiss petition in error as of right. Sustained. Dock 2-24-25, 3 Abs. 146; OA. 3 Abs. 61.

18976—Ezekiel H. Sefterian v. Albert V. Baumann, et al. Motion to certify to Lucas Appeals. Overruled. Dock 2-24-25, 3 Abs. 146; OS. Pend, 3 Abs. 201.

18979—Elisha Holly et al. v. I. and H. Detwiller Co. Motion to certify to Lucas Appeals. Overruled. Dock 2-26-25, 3 Abs. 146; OA. 3 Abs 121.

18980—Harry Bayer v. Samuel Rosenfeld. Motion to certify to Cuyahoga Appeals. Overruled. Dock 2-26-25, 3 Abs. 146; OS. Pend. 3 Abs. 215.

18981—Harry Bayer v. Aaron Resnick et al. Motion to certify to Cuyahoga Appeals. Overruled. Dock 2-26-25, 3 Abs. 146; OS. Pend. 3 Abs 215.

18984—Detroit, Toledo and Ironton R. R. Co. v. Myrtle Patterson. Motion to certify to Allen Appeals. Overruled. Dock 2-27-25, 3 Abs. 146.

18995—Pyle and Allen Co., a Corporation v. John C. Osmun, Trustee for Leander Barnabas. Motion to certify; Cuyahoga Appeals. Overruled. Dock. 3-5-25, 3 Abs. 162.

19011—Bucur Todor v. State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Cuyahoga county. Allowed. Dock. 3-10-25, 3 Abs. 162.

## Abstracts of Last Week's SUPREME COURT OPINIONS

No. 412

### SYLLABI

No. 19035—State, ex rel. Monroe & Son Co. v. W. E. Baker, Dir.

No. 19059—State, ex rel. Andrews Asphalt Paving Co. v. A.| V. Donahey, Governor, et al. In Mandamus.

607 HIGHWAYS—1. Resident engineer should keep plans and specifications of, in his office.

2. Director of, has discretionery powers and duties, independent of executive orders.

3. Certificate of balance in State funds for purpose of improvement, will be compelled, by mandamus on director of finance.

MARSHALL, C. J.

1. Sections 1206 and 7182, General Code, are in pari materia and should be construed together. In counties where a resident engineer